JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> VIEN D. DOAN, <br><br> Defendant. | CV 11-7122 PA (CWx) <br><br> JUDGMENT |

Pursuant to the Court's October 27, 2011 Minute Order dismissing without prejudice the claims alleged by plaintiff HICA Education Loan Corporation ("Plaintiff") against defendant Vien D. Doan ("Defendant"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed without prejudice for lack of subject matter jurisdiction.

IT IS SO ORDERED.

DATED: October 31, 2011

_____

Percy Anderson
UNITED STATES DISTRICT JUDGE